# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ESTEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) <br> ) | NO. SA CV 06-0562 FMO <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Thirteen-Thousand, Three-Hundred dollars and zero cents ($13,300.00), pursuant to 42 U.S.C. § 406(b). In light of the previous payment of EAJA fees, Young Cho and the Law Offices of Lawrence D. Rohlfing shall reimburse plaintiff the amount of Three-Thousand, Seven-Hundred, Sixty-Nine dollars and eighty-seven cents ($3,769.87).

Dated this 13th day of March, 2008.

/s/
Fernando M. Olguin
United States Magistrate Judge